IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| REDDIE HOUSTON | § |
| VS. | §   CIVIL ACTION NO. 1:25-CV-155 |
| C. F. HAZELWOOD, ET AL. | § |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Reddie Houston, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against C. F. Hazelwood, James Danheim, and Thomas Ewing.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying Plaintiff's first and second motions for default judgment.

The Court has received and considered the Reports and Recommendations of United States Magistrate Judge, filed pursuant to such order, along with the record and the pleadings. Plaintiff filed objections to the Reports and Recommendations.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the Court concludes the objections are without merit.

### ORDER

Accordingly, Plaintiff's objections [Dkts. 14 and 27] are OVERRULED. The findings of fact and the conclusions of law of the magistrate judge are correct, and the reports and recommendations

of the magistrate judge [Dkts. 13 and 21] are ADOPTED.  Plaintiff's first and second motions for default judgment [Dkts. 11 and 20] are DENIED.

**SIGNED this 3rd day of November, 2025.**

Michael J. Truncale
United States District Judge